THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Rhonda M. Kight,       
Appellant.
 
 
 

Appeal From Lexington County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2004-UP-264
Submitted February 20, 2004  Filed 
 April 19, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

 PER CURIAM:  Rhonda M. Kight pled 
 guilty to one count of grand larceny, one count of third-degree burglary, two 
 counts of first-degree burglary, two counts of criminal conspiracy, and two 
 counts of assault and battery of a high and aggravated nature (ABHAN).  The 
 circuit court sentenced her to five years imprisonment for grand larceny, five 
 years imprisonment for third-degree burglary, fifteen years imprisonment for 
 each count of first-degree burglary, five years imprisonment for each count 
 of criminal conspiracy, and ten years imprisonment for each count of ABHAN.  
 Additionally, the circuit court revoked her probation for unrelated charges, 
 the sentences to all run concurrently.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Kights counsel attached a petition to be relieved.  Kight 
 did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Kights appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
HEARN, C.J., GOOLSBY, and HOWARD,
JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.